**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6564**

LAWRENCE L. HARRIS, II,

Plaintiff - Appellant,

v.

THERESA K. PRESSLEY, Defense Attorney; CHARLIE HUBBARD, Defense Attorney; JASON CRUMP, Defense Attorney; BEN HOLLOMAN, Defense Attorney; JOE BREWER, Former District Attorney; JAMES M. LONG, District Attorney; ROGER ECHOLS, Assistant District Attorney; LUANN WRIGHT MARTIN, Former Assistant District Attorney; HUGH WILLAFORD, Assistant District Attorney; A. LEON STANBACK, State of North Carolina Judge; W. OSMOND SMITH, III, State of North Carolina Judge; DEPUTY CLERK UNREADABLE/UNKNOWN (FULL NAME), Deputy Clerk of Court for Person County (Superior Court); KERRI JEFFREY, Probation Officer; JAMES YANCEY, HAED Probation Officer; MIKE EASLEY, Governor of North Carolina; BEVERLY EAVES PERDUE, Governor of North Carolina; ROY A. COOPER, Attorney General for North Carolina; ALVIN W. KELLER, JR., Secretary of Correction for North Carolina; THOMAS J. BROWN, (Present Mayor) Mayor of Roxboro, NC; FORMER MAYOR (UNKNOWN), Was Former Mayor (2003) (2005); COUNTY COMMISSIONER/MANAGER (NAME UNKNOWN) (PRESENT), County Commissioner/Manager (Present); COUNTY COMMISSIONER/MANAGER (NAME UNKNOWN) (FORMER), Was Former County Commissioner/Manager (2003) (2005),

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Catherine Caldwell Eagles, District Judge. (1:10-cv-00412-CCE-PTS)

Submitted: September 13, 2011      Decided: September 15, 2011

Before AGEE, DAVIS, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lawrence Lee Harris, II, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Lee Harris, II, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint and its subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harris v. Pressley, No. 1:10-cv-00412-CCE-PTS (M.D.N.C. Mar. 23, 2011; Apr. 15, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED